**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JEAN DOROTHY COSSER,

    Plaintiff,

v.                                                CASE NO: 8:08-cv-1701-T-26EAJ

KMART CORPORATION,

    Defendant.
_____/

**O R D E R**

Before the Court is Defendant's Motion for Summary Judgment (Dkt. 41) and Plaintiff's Response. (Dkt. 51). After careful consideration of the record and the applicable law, the Court concludes that summary judgment should be denied. Plaintiff's counsel has persuasively, concisely, and precisely identified the genuine issues of material fact appearing in the record before the Court with regard to the existence and location of the napkin and the trash receptacle in this personal injury slip and fall case, as well as the timing of the photographs at issue and changes made at Defendant's premises subsequent to the accident. A genuine issue of material fact also exists with respect to the issue of whether Defendant possessed a video recording of the incident and, assuming the existence of such a video, whether Defendant later acted in bad faith in failing to preserve the video, thus giving rise to an adverse inference against Defendant. See Bashir v.

Amtrak, 119 F.3d 929 (11th Cir. 1997). Accordingly, the Motion (Dkt. 41) is **DENIED.**

This case will proceed to trial as previously scheduled.

**DONE AND ORDERED** at Tampa, Florida, on July 17, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record